IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGINE JAVORNICK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 07-0195 |
| | ) | |
| v. | ) | JUDGE GARY L. LANCASTER |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | Electronically Filed. |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 17th day of July, 2008, upon consideration of Plaintiff's Motion for Extension of Time, it is ORDERED that Plaintiff's responses to Defendant's Motions to Strike Plaintiff's Counterstatement of Facts and Affidavits of Keith Rager and Angela Hatfield and Defendant's Response to Plaintiff's Counterstatement of Facts shall now be due on the 4th day of August, 2008. THERE SHALL BE NO FURTHER BRIEFING IN THIS MATTER UNLESS ORDERED BY THE COURT.

By the Court,

_____ J.