IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGINE JAVORNICK, ) | |
|     Plaintiff, ) | |
| ) | |
|   v. ) | Civil Action No. 07-195 |
| ) | |
| UNITED PARCEL SERVICES, ) | |
|     Defendant. ) | |

## ORDER

AND NOW, this 17th day of July, 2008, IT IS HEREBY ORDERED that the Court's Final Scheduling Order, dated February 25, 2008, is amended as follows:

1. Plaintiff shall file her pretrial narrative statement on or before August 4, 2008;

2. Defendant's pretrial narrative statement shall be filed September 3, 2008;

3. The parties shall file any motions in limine, proposed points for charge and proposed voir dire no later than September 12, 2008;

4. Response to any motion in limine shall be due no later than September 26, 2008.

5. **THERE WILL BE NO FURTHER EXTENSIONS GRANTED IN THIS MATTER**.

In all other aspects, the Court's order shall remain in full force and effect.

BY THE COURT:

s/Gary L. Lancaster, J.
Hon. Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record