IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GEORGINE JAVORNICK,     )
    Plaintiff,          )
                        )
        v.                )    Civil Action No. 07-195
                        )
UNITED PARCEL SERVICES, )
    Defendant.          )

ORDER

AND NOW, this 2nd day of September, 2008, IT IS HEREBY ORDERED that the parties shall proceed as follows:

1) Plaintiff's pretrial narrative statement shall comply with Local Rule 16.1.4.A. and shall be filed by September 9, 2008;

2) Defendant's pretrial narrative statement shall comply with Local Rule 16.1.4.B. and shall be filed by September 16, 2008;

3) The parties shall file any motions in limine, proposed voir dire questions and points for charge no later than September 23, 2008;

4) Any response to a motion in limine shall be due no later than September 30, 2008;

5) All other aspects of the Court's Final Scheduling Order of May 15, 2008 shall remain in full force and effect.

6) **THERE WILL BE NO FURTHER EXTENSION GRANTED.**

BY THE COURT:

s/Gary L. Lancaster_____, J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   All Counsel of Record